PEOPLE v JOHNNIE MOORE. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 February 1, 1972, at Lansing. (Docket Nos. 12405, 12406.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty, on June 22, 1971, and on July 20, 1971, to two separate attempted larcenies in a building, and he appeals. Motions to affirm have been filed by the people.

Upon an examination of the briefs and records it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motions to affirm are granted.